IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>ADRIAN RODRIGUEZ CARDENAS,<br><br>                  Defendant. | CASE NO: 5:21-MJ-00009-JLT |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Adrian Rodriguez Cardenas (LAR 0563150)
Detained at: Lerdo Justice Facility
Detainee is:
    a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
        charging detainee with: 21 U.S.C. §§ 841(a)(1), 846
or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☒ return to the custody of detaining facility upon termination of proceedings
or   b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **MARCH 25, 2021, 2:30PM (JLT)** *in the Eastern District of California (See ECF No. 9).*

Signature: */s/ CHRISTOPHER D. BAKER*
Printed Name & Phone No: AUSA Christopher D. Baker (559-290-0530)
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on March 25, 2021, at 2:30pm**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 19, 2021

*Jennifer L. Thurston* (signature)
Honorable Jennifer L. Thurston
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒ Male | ☐ Female |
| Booking or CDC #: | LAR 0563150 | DOB: | June 9, 2000 |
| Facility Address: | 17801 Industrial Farm Rd. Bakersfield | Race: | Hispanic |
| Facility Phone: | (661) 391-3100 | FBI#: | T5FF4J06L |

## RETURN OF SERVICE

Executed on: _____      _____
                                                            (signature)