UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:21-CR-00078 NONE SKO |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| ADRIAN RODRIGUEZ CARDENAS, | ) | |
| Defendant. | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. E. Marshall Hodgkins is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 24, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **March 29, 2021**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE